THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VENDOME SERVICE, INC., Appellant.

Submitted February 24, 1941; decided March 4, 1941.

Motion for reargument denied.    (See 284 N. Y. 742.)

In the Matter of the Estate of JEROME E. HOWE, Deceased.

LEON BROWN, as Administrator of the Estate of CHARLES HOWE, Deceased, Appellant; ERSKINE C. ROGERS, as Executor of JEROME E. HOWE, Deceased, Respondent.

Submitted February 24, 1941; decided March 4, 1941.

*William Gitnick* and *B. Leo Schwarz* for motion.
*LeRoy E. Middleworth* opposed.

Motion dismissed on ground that no respondent is in court.